```
         IN THE UNITED STATES DISTRICT COURT
            WESTERN DISTRICT OF ARKANSAS
                 FAYETTEVILLE DIVISION
```

CIELITO BROWN                                    PLAINTIFF

    vs.              CASE No. 06-5080

HSBC RETAIL SERVICES, INC., et al        DEFENDANT

### ORDER

Now on this 29th day of June, 2006, there comes on for consideration the stipulation of dismissal with prejudice (doc. #9) in the above-styled and numbered cause. The Court hereby GRANTS the stipulation of dismissal with prejudice and each party is to bear their respective attorneys' fees and costs.

IT IS SO ORDERED.

                                            /S/ *Robert T. Dawson*
                                            Robert T. Dawson
                                            United States District Judge

**AO72A**
**(Rev. 8/82)**